Margaret Paton-Walsh
State of Alaska, Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone (907)269-6612
Facsimile (907)258-4978
Margaret.paton-walsh@alaska.gov

Attorney for Lieutenant Governor
Mead Treadwell and the State of Alaska,
Division of Elections



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOE MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LIEUTENANT GOVERNOR MEAD TREADWELL, in his official capacity; and the STATE OF ALASKA, DIVISION OF ELECTIONS, | ) ) ) ) ) |
| Defendants. | ) Case No. 3:10-cv-00252 RRB |

## AMENDED
### ORDER GRANTING THE STATE'S MOTION FOR SHORTENED TIME ON MOTION TO LIFT STAY AND ESTABLISH A BRIEFING SCHEDULE

The Court, having reviewed the State's Motion for Shortened Time on Motion to Lift Stay and Establish a Briefing Schedule, and any opposition thereto, hereby rules that the motion is GRANTED **For Shortened Time**.

IT IS ORDERED that plaintiff shall file his opposition memorandum to the state's Motion for Shortened Time to Lift the Stay by 10:am. on Monday, December 13, 2010.

IT IS SO ORDERED this 10 day of December, 2010.

/s/ RRB
The Honorable Ralph Beistline
U.S. District Judge

*Joe Miller v. Mead Treadwell, SOA Div of Elections*  3:10-cv-000252-RRB
Motion to Lift Stay and Establish Expedited Briefing Schedule  Page 2
Proposed Order

Case 3:10-cv-00252-RRB   Document 54   Filed 12/10/10   Page 2 of 2