**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

JOE MILLER,
      Plaintiff,

Case Number 3:10-cv-00252-RRB

v.

LIEUTENANT GOVERNOR MEAD TREADWELL, in his official capacity, and the STATE OF ALASKA, DIVISION OF ELECTIONS,
      Defendants.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Plaintiff's Complaint (as amended) is DISMISSED WITH PREJUDICE.

APPROVED:

_s/RALPH R. BEISTLINE_
RALPH R. BEISTLINE
United States District Judge

_DECEMBER 29, 2010_
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      MARVEL HANSBRAUGH
      Marvel Hansbraugh,
      Clerk of Court

[310cv252RRB Judgment dtd 12-29-10.wpd]{JMT2.WPT*Rev.3/03}