IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOE MILLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIEUTENANT GOVERNOR MEAD TREADWELL, in his official capacity; and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>　　　　Defendants. | Case No. 3:10-cv-0252-RRB<br><br>**ORDER DENYING MOTION TO FILE AMICUS BRIEF** |

　　Before the Court, at Docket 95, is Thomas A. Lamb with a Motion to File Amicus Brief. Although this case is now closed, the Court has reviewed the proposed Amicus Brief and finds it to present some credible arguments in support of candidate Miller's position, not unlike those presented by Miller himself. However, as the Court previously stated in its Order at Docket 88, the position adopted by the Alaska Supreme Court is also credible and must take priority under the unique facts of this case.

　　The Motion to File Amicus Brief is **DENIED** as moot.

　　ENTERED this 3rd day of January, 2011.

　　　　　　　　　　　　　　S/RALPH R. BEISTLINE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE